IN THE UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| **EDWARD SANTIAGO**, on behalf of himself and his minor son, **J.S.**, and **EDWARD SANTIAGO, J.R.** | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 22-cv-07344 |
| **VILLAGE OF WESTCHESTER**, a Municipal Corporation; **MARK BORKOVEC**, a Westchester Deputy Chief of Police; **JERRY DILDINE,** a Westchester Police Officer; **VINCE LAMANNA,** a Westchester Police Sergeant; **MICHAEL FELLERS,** a Westchester Police Sergeant; | ) ) ) ) ) ) ) ) ) ) ) ) | Judge Andrea R. Wood Magistrate Judge Young B. Kim |
| Defendants. | | |

AGREED MOTION FOR
APPROVAL OF SETTLEMENT

The Plaintiffs, EDWARD SANTIAGO, on behalf of himself and his minor son, J.S., and EDWARD SANTIAGO, JR., by and through their attorneys of DVORAK LAW OFFICES, LLC and LAW OFFICES OF AL HOFELD, JR., LLC, hereby move this Court to approve a settlement reached, in principle, by the parties. In support of this motion, the Plaintiffs state the following:

1. The Parties have agreed to a settlement whereby the Plaintiffs would release the Defendant Village for $700,000.00, with each side bearing their own fees and costs.

1

2. The settlement in principle was approved by the Defendant Village's Board on or about April 22, 2025.

3. Pursuant to the Plaintiffs' contract with counsel, the Plaintiffs' attorneys shall be paid a 33.33% contingency fee of $233,310.00. A 33.33% contingency fee was approved by the Circuit Court of Cook County Probate Division with respect to a previous settlement in this case with the Village of Broadview (order entered May 25, 2023, *Estate of Julian Xavier Santiago*, Cook County Circuit Court Case No. 2023P001052) (Exhibit A, p. 3).

4. The Plaintiffs shall also pay counsel $3,433.12 in costs per the itemization below:

| Date | Item | Amount |
| --- | --- | --- |
|  |  |  |
| 8/28/2024 | RedHawk Investigations (Site Inspection) | $2,275.00 |
| 3/24/2023 | Remys Parking (Site Inspection) | $18.72 |
| 12/30/2022 | Filing fee | $402.00 |
|  | 3,687 pages of discovery (20 cents per page, per contract) | $737.4 |
|  | TOTAL: | $3,433.12 |

5. The remainder shall be distributed evenly between the Plaintiffs, with the minor J.S.'s portion being distributed to his guardian, the Plaintiff

EDWARD SANTIAGO, to be deposited in an account at JP Morgan Chase Bank, NA, to be held there subject to further order of court, or released to the minor Plaintiff J.S., without court order, upon J.S. reaching the age of majority, as previously ordered by the Probate Court (Exhibit A, p. 2).

WHEREFORE, for all of the reasons stated above, the Plaintiffs ask that this Court approve the settlement reached by the Parties.

Date: May 1, 2025

Respectfully submitted,

/s/Richard Dvorak

Richard Dvorak
Adrian Bleifuss Prados
DVORAK LAW OFFICES, LLC

1 Walker Avenue, Suite 204
Clarendon Hills, IL 60514
(630) 590-9158
richard.dvorak@civilrightsdefenders.com
ableifuss@gmail.com

3

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on May 1, 2025, he caused a copy of the above document to be served upon counsel of record, via the Court's electronic filing system.

            Respectfully submitted,


            /s/Richard Dvorak

            Richard Dvorak
            Adrian Bleifuss Prados
            DVORAK LAW OFFICES, LLC

1 Walker Avenue, Suite 204
Clarendon Hills, IL 60514
(630) 590-9158
richard.dvorak@civilrightsdefenders.com
ableifuss@gmail.com